ACCEPTED
06-14-00103-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/30/2015 6:49:49 PM
DEBBIE AUTREY
CLERK

**IN THE**

**SIXTH COURT OF APPEALS**

**TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/31/2015 9:38:00 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **NANCY HART AND ALL OTHER OCCUPANTS** | § § § | |
| **v.** | § | **NO. 06-14-00103-CV** |
| | § | |
| **WELLS FARGO BANK, N.A.** | § § | |

## MOTION TO DISMISS

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW, Nancy Hart and All Other Occupants, Appellants,** in the above-referenced cause (collectively, "Appellant"), pursuant to Rule 10.5(b) and 42.1(a)(1) of the Texas Rules of Appellant Procedure, moves for an order dismissing this appeal. In support hereof, Appellant respectfully represents to the Court as follows:

**I.**

### CERTIFICATE OF CONFERENCE

A conference was held on February 26, 2015, with Mark D. Hopkins, Esq., counsel for Appellee, on the merits of this motion, and the opposing party does oppose the motion.

**II.**

Appellant, Nancy Hart and All Other Occupants, no longer desire to pursue this appeal. The parties have resolved their disputes to their mutual satisfaction. There is no relief sought by appellee which would prevent the dismissal of this appeal.

-1-

**II.**

The dismissal requested will not prejudice Appellant nor Appellee. Appellant brings this motion so that substantial justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests that the Court grant this Appellant's motion to dismiss and grant Appellant such other and further relief to which Appellant may be justly entitled.

Respectfully submitted,

The Law Offices of Ronald E. Harden, P.L.L.C.

__/s/ Ronald E. Harden_____
Ronald E. Harden
State Bar No. 00792079
P.O. Box 776
Terrell, Texas 75160
Telephone: (214) 683-7346
Telecopier: (214) 960-4226

COUNSEL FOR APPELLANT,
NANCY HART and All Other Occupants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of March, 2015, a copy of the foregoing document was served upon trial counsel of record for the Appellee, Mark D. Hopkins, Esq., Hopkins & Williams, PLLC, 12117 Bee Caves Road, Suite 260, Austin, Texas 78738, by regular mail, postage pre-paid and properly addressed, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure.

____/s/_Ronald E. Harden_____
Ronald E. Harden